AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

<u>  Southern  </u> DISTRICT OF <u>  Texas  </u>

MAR 1 9 1999

Michael N. Milby, Clerk

UNITED STATES OF AMERICA
V.
Jose Jesus MENDOZA-Oseguera (36 yoa)
Jose Antonio ZEPEDA-Martinez (24 yoa)
Gerardo CASTILLO (34 yoa)

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: L-99-1260M-03**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 18, 1999</u> in <u>Webb</u> county, in the <u>Southern</u> District of <u>Texas</u> defendant(s) did, (Track Statutory Language of Offense)

Knowingly and unlawfully possess with intent to distribute a controlled substance listed under schedule 1, Title II of the Controlled Substance Act, to wit: approximately 223.17 kilograms of cocaine.

in violation of Title <u>21</u> United States Code, Section(s) <u>841 (a) (1)</u>

I further state that I am a(n) <u>DEA S/A Robert Holguin</u> and that this complaint is based on the following
                                    Official Title
facts:

"See Attachment"

Continued on the attached sheet and made a part    [x] Yes   [ ] No

Robert Holguin, S/A
Signature of Complainant

Sworn to before me, and subscribed in my presence,

March 19, 1999                                     at Laredo, TX
Date                                                  City and State

Marcel C. Notzon, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

Complaint Continued
_____

U.S. Vs Jose Jesus MENDOZA-Oseguera
      8801 McPherson Rd.
      Laredo, TX.

U.S. Vs Jose Antonio ZEPEDA-Martinez
      3523 North Lowery
      Chicago, IL.

U.S. Vs Gerardo CASTILLO
      8801 McPherson Rd.
      Laredo, TX.

On March 18, 1999, DEA Agents and Task Force Officers received information from the Laredo Police Department Narcotics Division, pertaining to suspicious behavior being conducted by the persons living at 205 Huisache. Acting on the said information, DEA initiated contact with the occupants at that residence. DEA Agents and Task Force Officers of he DEA Laredo Office obtained written consent to search the residence of Jose Antonio ZEPEDA-Martinez, to wit: 205 Huisache, Laredo, TX.  During the search of the residence Agents discovered approximately 223.17 kilograms of cocaine contained in 221 individually wrapped bundles, as a result of the discovery, Agents seized the cocaine and arrested the three occupants of the residence. Furthermore, Agents subsequently seized approximately $500, 000 dollars in U.S. Currency from a second consensual search given for 8801 McPherson #4E, Laredo, TX.  Agents transported the cocaine, money and the three defendants to the DEA Office for further processing. The defendants in this case were eventually remanded to the Webb Co. Jail.