United States District Court
Southern District of Texas
FILED

DEC 29, 2014

CLERK OF COURT
LAREDO DIVISION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:99-CR-276-1 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DECLARATION OF DEFENDANT, |
| ) | JOSE JESUS MENDOZA-OSEGUERA |
| JOSE JESUS MENDOZA-OSEGUERA, ) | |
| ) | |
| Defendant. ) | |

I, Jose Jesus Mendoza-Oseguera, do hereby declare:

1. That in 2005, while transferring from one prison to another, I had packed my cigarettes in my water jug for shipping, both of which I had purchased at the prison's commisssary.

2. That the receiving institution, FCC Forest City, had discontinued selling tobacco products, and upon discovering my cigarettes, I was issued an incident report for violating Code 305 — possessing tobacco not authorized at that institution.

3. That in May of 2003, I requested to be placed in protective custody by prison staff, over concerns that my safety was in pearl. I was subsequently placed in the Special Housing Unit (SHU).

4. That on May 13, June 3, and August 27, 2003, I was ordered by prison staff to leave the SHU, but I refused because I was uncertain whether the threat I believed was pending was gone.

5. That as a result, I received three incident reports for

refusing to program.

     6.  I declare under penalty of perjury that the foregoing statements are true and correct.

     EXECUTED: This 22nd day of December, 2014.

By: _____
Jose Mendoza-Oseguera
Register No. 84971-079



⇨84971-079⇦
Clerk Of The Court
U.S. District Court
1300 Victoria ST
Suite 1131
Laredo, TX 78040
United States

⇨84971-079⇦
J Jesus Mendoza- Oseguera
84971-079
Federal Correctional Institution II
P.O.Box 5010
Oakdale, LA 71463
United States